UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DANIELLE SMITH | Plaintiff |
| v. | Civil Action No. 3:26-cv-551-DJH |
| UPS SUPPLY CHAIN SOLUTIONS, INC. | Defendant |

* * * * *

# SCHEDULING ORDER

On the Court's motion, the telephonic scheduling conference set for September 25, 2026 is REMANDED from the Court's docket. The Court having reviewed the parties' proposed scheduling order (DN 8), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Initial disclosures pursuant to FRCP 26(a)(1) shall be completed no later than **October 13, 2026**.

(2) Any motion to amend pleadings or motion to join additional parties shall be filed no later than **May 3, 2027**.

(3) Identification of experts in accordance with FRCP 26(a)(2) shall be due

By Plaintiff: no later than **February 1, 2027**

By Defendants: no later than **March 15, 2027.**

(4) The parties shall complete all discovery no later than **July 1, 2027.** Before filing any discovery motion, all counsel must do two things. First, make a good-faith effort to resolve the dispute. *See* Local Rule 37.1. The Court will not entertain discovery motions unless counsel have conferred or attempted to confer with opposing counsel or other affected parties. Second, contact the Magistrate Judge to schedule a telephonic conference concerning the discovery

dispute counsel have failed to resolve. Counsel shall email Case Manager Ashley Henry at ashley_henry@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record. The email should not contain substantive legal arguments or recitations of the underlying facts, and should treat opposing counsel with respect and professional courtesy. **At least 24 hours before the conference, or sooner if directed by Ms. Henry, the parties shall submit via email brief memoranda (limited to 5 pages) outlining the dispute more thoroughly.** If the dispute persists after the telephonic conference with the Magistrate Judge, the moving party may submit a written motion. The motion must certify that, and explain how, counsel have conferred in good faith but remain unable to resolve the dispute.

(5) No later than **August 16, 2027**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Respondent will have 45 days to respond. Movant will have 30 days to Reply.

(6) The parties shall file a joint status report no later than **December 4, 2026**. The report should provide details regarding the status of discovery, including what discovery has been completed, what discovery remains, any issues that have arisen in discovery, and any efforts to resolve such disputes. The report shall also detail the parties' positions on settlement of the case and whether they desire a settlement conference be scheduled with the undersigned. The Parties are warned that failure to file a timely joint status report complying with the above requirements could result in the scheduling of show-cause proceedings.

September 23, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

cc: Counsel of Record